UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CLIFFORD J. SCHUETT,

    Plaintiff,

v.

COLLINS, *et al*.,

    Defendants.

Case No. 2:15-cv-00538-LDG (GWF)

**ORDER**

    The plaintiff has been notified that the official record reflected that he had not filed a proof of service of the complaint that the complaint had been served on the defendants within 120 days after the complaint had been filed. The plaintiff was further notified that, pursuant to Federal Rule of Civil Procedure 4(m), this action would be dismissed if he failed to file a proof of service showing that the service was timely under Rule 4(m).

    The plaintiff has not filed any proof of service. Accordingly,

    THE COURT **ORDERS** that this matter is DISMISSED without prejudice.

DATED this 19 day of July, 2017.

_____
Lloyd D. George
United States District Judge